UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>RONNIE C. McKINNEY and JOAN E. McKINNEY aka JOAN E. BLAKE<br><br>Debtors. | Case No. 3:19-cv-00089-LRH<br><br>BK-10-50597-BTB<br><br>Appeal from the United States Bankruptcy Court for the District of Nevada |
| SETERUS, INC.,<br><br>Appellant,<br><br>v.<br><br>RONNIE C. McKINNEY and JOAN E. McKINNEY aka JOAN BLAKE,<br><br>Appellees. | Case No. 3:19-cv-00187-MMD<br><br>BK-10-50597-BTB<br><br>**AMENDED** CONSOLIDATION ORDER |

Before the court is Appellant's Motion to Consolidate Appeals and to Extend Time for Filing Opening Brief (ECF No. 5 in the 00089 case).

The presiding District Judges, having conferred regarding the status of these actions, have determined that these actions are closely related as they arise out of the same underlying bankruptcy proceeding and that there is good cause to consolidate them. Consolidation of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to consolidate

the cases under the first case filed and to the assigned judge and magistrate in that first-filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:19-cv-00187-MMD be consolidated under case number **3:19-cv-00089-LRH**.

IT IS FURTHER ORDERED that case number **3:19-cv-00089-LRH** shall be the base case, with case number 3:19-cv-00187-MMD as the member case, and all future documents shall be filed under the base case.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the files and dockets to reflect this consolidation.

IT IS SO ORDERED.

DATED this 22nd day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**DATED this 22nd day of May, 2019.**

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE