UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>RONNIE C. MCKINNEY and<br>JOAN E. MCKINNEY,<br>                           Debtors,<br>--------------------------------------------------------<br>SETERUS, INC.,<br>                          Appellant,<br>    v.<br>RONNIE C. MCKINNEY and<br>JOAN E. MCKINNEY,<br>                          Appellees. | Case No. 3:19-cv-00089-LRH<br><br>Bk. Case No. 10-50597-BTB<br><br>Appeal Reference Nos.: 19-07; 19-14<br><br>Consolidated Case No.: 3-19-cv-00187-LRH<br><br><br>ORDER<br><br>March 31, 2020 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S): <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

    On February 6, 2020, appellant Seterus, Inc. filed a Notice of Settlement (ECF No. 24) in which the parties inform the court that they have settled and anticipate that performance of the terms of the settlement agreement and/or dismissal will be completed within ninety (90) days of the date of that notice.

    It appearing that there is no purpose in requiring further status reports from counsel until the performance of the settlement agreement is concluded, or upon the occurrence of any other development, and good cause appearing,

    For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively. The closing of this case administratively has no substantive effect on the status of the case. The case remains pending for all substantive purposes. The case will be reopened administratively when any of the parties request reopening or notify the court of the conclusion of the performance of the settlement agreement. At that time, an updated joint status report shall be filed with the request to reopen.

    IT IS SO ORDERED.

                                                      DEBRA K. KEMPI, CLERK

                                                      By: <u>      /s/      </u>

                                                              Deputy Clerk